**SO ORDERED.**

**SIGNED this 30th day of June, 2017.**



_____
Robert E. Nugent
United States Bankruptcy Judge

_____

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF KANSAS

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| RONALD GENE POLSON | ) | Case No.  17-10164 |
| JAYME DAWN POLSON | ) | Chapter  13 |
| | ) | |
| Debtor(s) | ) | |

### AGREED ORDER RESOLVING WILMINGTON SAVINGS FUND SOCIETY, FSB'S OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

This matter comes before the Court on the Debtors' proposed chapter 13 plan and Wilmington Savings Fund Society, FSB's objection to confirmation. The Debtors appear by and through their attorney, January M. Bailey. Wilmington Savings Fund Society, FSB appears by and through its attorney, Wendee Elliott-Clement. The chapter 13 Trustee appears through himself. Based upon the pleadings and the record herein, the Court orders that:

1. Wilmington Savings Fund Society, FSB's claim shall be paid through the plan as follows: (a) The principal amount due of $41,250.81 shall be paid in full with contract interest of 9.14% per year, (b) the interest due as of filing ($4,962.43), the fees and costs due ($1,340.88), the escrow deficiency ($4,564.54), less funds on hand of

$405.19, for a total of $10,462.66 shall be paid in full without interest, and (c)the ongoing escrow payment, currently $366.44 per month, shall be paid monthly;

2. The Debtors shall increase their plan payment accordingly to pay the increased interest rate. The increased monthly payment shall be resolved in the Order Modifying and Confirming Plan;

3. This order resolves Wilmington Savings Fund Society, FSB's objection to confirmation.

IT IS SO ORDERED

###

| ERON LAW, P.A. | SOUTHLAW, P.C. |
| --- | --- |
| Attorney for Debtor(s) | Attorneys for Creditor |

   s/ *January M. Bailey*         s/ *Wendee Elliott-Clement*
January M. Bailey, #23926    Wendee Elliott-Clement, #20523
229 E. William, Ste 100    13160 Foster Ste 100
Wichita, KS 67202    Overland Park, KS 66213-2660
T: (316) 262-5500    913-663-7600
F: (316) 262-5559    913-663-7899 (fax)
january@eronlaw.net    ksbkecf@southlaw.com

APPROVED BY:

CHAPTER 13 TRUSTEE

   s/ *Carl B. Davis*
Carl B. Davis, #13705
300 W Douglas, Ste 650
Wichita, KS 67202
316-267-1791
316-267-0970 (fax)