UNITED STATES BANKRUPTCY COURT
DISTRICT OF KANSAS
WICHITA DIVISION

In re: Ronald Gene Polson            Case No. 17-10164
     and Jayme Dawn Polson          Chapter 13
     dba Kiddie Day Care Korner,

Debtors.
_____/

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

**TO THE CLERK, DEBTOR, TRUSTEE, AND ALL INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that, on behalf of U.S. Bank Trust National Association, not in its individual capacity but solely as trustee for Dwelling Series III Trust ("Creditor"), a creditor in the above-captioned case, the undersigned requests that all notices required to be given in this case and all papers required to be served in this case pursuant to Federal Rule of Bankruptcy Procedure 2002 be served upon the undersigned, and that the undersigned be added to the Court's Master Mailing List.

**MARINOSCI LAW GROUP, P.C.**
**Attn: Bankruptcy Department**
**11111 Nall Avenue, Suite 104**
**Leawood, KS 66211**

                                                          **Respectfully Submitted,**
                                                          **MARINOSCI LAW GROUP, P.C.**

                                                          /s/ David V. Noyce_____
                                                          David V. Noyce, 20870
                                                          11111 Nall Avenue, Suite 104
                                                          Leawood, KS 66211
                                                          dnoyce@mlg-defaultlaw.com
                                                          bkinquiries@mlg-defaultlaw.com
                                                          Ph: (913) 800-2021
                                                          Fax: (913) 257-5223

# CERTIFICATE OFSERVICE

I hereby certify that a true copy of the foregoing document was served on the Debtor(s) via U.S. Mail at the address listed on PACER, and on all other parties listed on the attached mailing matrix inclusive of Debtor(s)' Attorney, Chapter 13 Trustee, U.S. Trustee, and all parties requesting notice via CM/ECF or U.S. Mail on November 12, 2021.

**Debtor:**
Ronald Gene Polson
530 Capital Ave
Kinsley, KS 67547

**Joint Debtor:**
Jayme Dawn Polson
530 Capital Ave
Kinsley, KS 67547

**Trustee:**
Carl B. Davis
300 W Douglas Suite 650
Wichita, KS 67202

**U.S. Trustee:**
U.S. Trustee
Office of the United States Trustee
301 North Main Suite 1150
Wichita, KS 67202

**Debtor's Attorney:**
January M Bailey
Prelle Eron & Bailey, PA
301 N Main St
Suite 2000
Wichita, KS 67202

/s/ David V. Noyce
David V. Noyce